No. 94–5633. CHATIMA *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to consolidate this petition with No. 93–8962, *Chukwura* v. *United States,* denied. Certiorari denied.

No. 93–6812. POWELL *v.* RICE, SECRETARY OF THE AIR FORCE, 510 U. S. 1179. Petition for rehearing denied.

OCTOBER 14, 1994

No. 94–295. UNITED STATES *v.* WILLIAMS. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.

OCTOBER 17, 1994

No. ——–——. GEOFFREY DEVELOPMENT CO. *v.* CITY OF ALPHARETTA; and

No. ——–——. GADSON *v.* ABDUL-WASI ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. A–267 (94–6456). RUSSELL *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.